**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>DENNIS J. MANCINO,<br>WILLIAM T. HIRSCHY,<br>DJK INVESTMENTS 10 INC.,<br>TJM INVESTMENTS INC., and<br>WT CONSULTING GROUP, LLC,<br><br>　　　　　　　　　　Defendants. | 2:18 –cv- 01316 – GRB - LGD |

## STIPULATION REGARDING DISMISSAL

　　WHEREAS WT Consulting Group, LLC ("WT") initially named as a defendant in the above-captioned civil enforcement action filed by the United States Securities and Exchange Commission ("SEC"); and

　　WHEREAS the SEC and WT's counsel have agreed that WT should be dismissed as a defendant in the Civil Enforcement Action; and

　　WHEREAS the SEC and WT wish to resolve all outstanding issues by entering into this Stipulation Regarding Dismissal;

　　THEREFORE, in consideration of the above premises it is hereby agreed by and between the SEC and WT as follows:

　　1.　　<u>Dismissal of WT</u>.  The SEC hereby agrees that it will dismiss WT as a Defendant in this case.

　　2.　　<u>Waiver of Claims</u>.　　WT hereby waives and releases any and all claims, demands, rights, and causes of actions, of every kind and nature, whether now known or unknown or asserted or unasserted, against the SEC and any of its present and former officers, agents, attorneys, employees, representatives, or contractors that arise from or in any way relate to the SEC's Civil Enforcement Action. WT specifically agrees to waive and release any and all claims for attorneys' fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412 et seq., ("EAJA") arising from the investigation and the Civil Enforcement Action.  This includes all claims, charges, or complaints relating in any way to the investigation and Civil Enforcement Action which could have been or could be brought before any state or federal court, any administrative body, tribunal,

board, or commission, or any other forum against the SEC and any of its present and former officers, agents, attorneys, employees, representatives, or contractors .

3. <u>No Duress</u>. WT represents and warrant that in entering into and executing this Stipulation (a) he has relied on his own investigation and on the investigation of his own counsel; (b) he has been given a reasonable period of time within which to consider the terms and conditions of the Stipulation and has consulted with counsel regarding the terms and conditions of the Stipulation; and (c) he has voluntarily entered into this Stipulation without duress, coercion, or undue influence.

4. <u>No Admission</u>. This Stipulation has been entered into by the SEC and WT solely for the purposes of facilitating WT's dismissal as a Defendant in the Civil Enforcement Action. Therefore, this Stipulation is not intended and shall not be deemed an admission by either party of the merit or lack of merit of the opposing party's claims and/or defenses.

IN WITNESS WHEREOF, the parties hereto, intending to be bound, have stipulated and agreed to the foregoing.

| FOR THE SEC: | FOR WT CONSULTING GROUP, LLC: |
|---|---|
| <u>/s/ Duane K. Thompson</u> | <u>/s/ Marc S. Nurik</u> |
| Duane K. Thompson | Marc S. Nurik *(marc@nuriklaw.com)* |
| Securities and Exchange Commission | Law Offices of Marc S. Nurik |
| 100 F Street, NE | 9350 Wilshire Blvd., Suite 308 |
| Washington, D.C, 20549 | Beverly Hills, CA 90212 |
| | Telephone:  310) 909-6878 |
| *Counsel to Plaintiff Securities and* | |
| *Exchange Commission* | 4800 N. Federal Hwy., Suite 205B |
| | Boca Raton, FL 33487 |
| Dated: December 13, 2023 | |
| | *Counsel to Defendants William T. Hirschy and WT Consulting Group, LLC* |
| | |
| | Dated: December 13, 2023 |