UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br> -against-<br><br>DENNIS J. MANCINO, and<br>WILLIAM T. HIRSCHY,<br><br>        Defendants. | 2:18 –cv- 01316 – GRB - LGD<br><br>JOINT STATUS REPORT |

   In accordance with the Order of the Honorable Magistrate Judge Lee G. Dunst dated March 26, 2024 (via ECF Docket Text), Plaintiff Securities and Exchange Commission ("SEC"), Defendant Dennis J. Mancino ("Mancino"), and Defendant William T. Hirschy ("Hirschy") respectfully submit this Joint Status Report.

   The parties have made substantial progress towards fully resolving this case since their last Status Report dated September 28, 2023. (ECF No. 40.)

- First, the SEC has voluntarily dismissed with prejudice the now-defunct entities Defendants DJK Investments 10 Inc., TJM Investments Inc., and WT Consulting Group, LLC. (ECF Nos. 41 and 42.)

- Second, on March 19, 2024, the Court entered a Final Judgment against Hirschy (ECF No. 50) pursuant to his Consent and the SEC's Motion for a Final Judgment. (ECF Nos. 47 and 47-1.)

- Third, the SEC has also moved for a Final Judgment against Mancino. (ECF No. 46.) The Court had previously issued a Judgment against Mancino as to liability and ordered that the remaining issues as to monetary relief be presented by motion

of the SEC, as Mancino had previously agreed in his Consent dated July 19, 2023. (ECF No. 37-1).

- Fourth, Mancino has <u>not</u> consented to the monetary relief that the SEC seeks but has executed an Amended Consent (ECF No. 46-2) to certain non-monetary relief (an Officer and Director Bar) that was inadvertently omitted from his prior Consent. (ECF No. 37-1.)

There is one significant procedural matter that Mancino has brought to the Court's attention. On March 19, 2024, the Court issued a Final Judgment against Mancino. (ECF No. 49.) However, it appears that Mancino may not have been afforded an opportunity to file opposition papers within the time specified by the Court's local rules. Thus, Mancino has asked the Court to vacate the extant Final Judgment and permit him to file papers in opposition to the SEC's motion for a final judgment. (ECF 51). The SEC agrees that Mancino was entitled to file opposition papers, and subject to reviewing Mancino's submission to the Court, does not anticipate opposing his request for an opportunity to file such an opposition.

We thank Your Honor for your attention to this matter.

Dated: April 1, 2024

                              Respectfully submitted,

                               /s/ Duane K. Thompson
                              Duane K. Thompson (thompsond@sec.gov)
                              U.S. SECURITIES AND EXCHANGE COMMISSION
                              100 F Street, N.E.
                              Washington, DC 20549
                              Telephone: (202) 551-7159

                              *Counsel to Plaintiff Securities and Exchange Commission*

                              */s/ Jeffrey Chabrowe*
                              Jeffrey Chabrowe *(jeff@chabrowe.com)*
                              521 Fifth Avenue
                              17th Floor
                              New York, NY 10175
                              Telephone: (917) 529-3921

                              *Counsel to Defendant Dennis J. Mancino*

                              */s/ Marc S. Nurik*
                              Marc S. Nurik *(marc@nuriklaw.com)*
                              Law Offices of Marc S. Nurik
                              9350 Wilshire Blvd., Suite 308
                              Beverly Hills, CA 90212
                              Telephone:  310) 909-6878

                              4800 N. Federal Hwy., Suite 205B
                              Boca Raton, FL 33487
                              Telephone: (561) 273-7000

                              *Counsel to Defendant William T. Hirschy*